UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-140-D(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| JOSEPH MONROE GRIFFIN | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Indictment No. 5:09-CR-140-D(4) and arrest warrant as to the above named defendant due to defendant's conviction on August 8, 2009, in Cumberland County for felonious assault on a law enforcement officer with a firearm, two counts of felonious breaking and entering, and two counts of felonious larceny. Said conviction for felonious assault on a law enforcement officer with a gun arises out of the same offense conduct as charged in Indictment No. 5:09-CR-140-D(4). Defendant received a sentenced of

29-44 months' imprisonment.

                                 /s/ *Felice McConnell Corpening*
                                 FELICE McCONNELL CORPENING
                                 Assistant United States Attorney
                                 310 New Bern Avenue, Suite 800
                                 Raleigh, North Carolina 27601
                                 Telephone: (919) 856-4582
                                 Fax: (919 856-4487
                                 E-mail: felice.corpening@usdoj.gov
                                 N.C. State Bar No. 21199

Leave of Court is granted for the filing of the foregoing dismissal.

                                 _____
                                 JAMES C. DEVER, III
                                 United States District Judge

Date: 6/3/10